**Mary CARROLL, Plaintiff/Appellant,**

v.

**CIVIL SERVICE COMMISSION, Defendant/Respondent.**

No. 69715.

Missouri Court of Appeals, Eastern District, Division Two.

Aug. 27, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1996.

Application to Transfer Denied Nov. 19, 1996.

Mary P. Carroll, St. Louis, for Plaintiff/Appellant.

**416**

Tyrone A. Taborn, City Counselor, Edward J. Hanlon, Deputy City Counselor, Patricia Hageman, Assistant City Counselor, St. Louis, for Defendant/Respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Appellant appeals from the decision of the Circuit Court of the City of St. Louis, upholding an administrative decision of the Civil Service Commission, dismissing appellant from her employment with the City of St. Louis.

We have read the briefs, reviewed the legal fine and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).